```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 15-01417-JJT
Ayako Jamel Wiltshire                                               Chapter 13
         Debtor                  CERTIFICATE OF NOTICE
District/off: 0314-5        User: REshelman           Page 1 of 1           Date Rcvd: Oct 19, 2016
                            Form ID: ordsmiss         Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
```
db         +Ayako Jamel Wiltshire,    9435 Juniper Drive,    Tobyhanna, PA 18466-3820
4628966    +APEX ASSET MANAGEMENT,    1286 CARMICHAEL WAY,    Montgomery, AL 36106-3645
4628967    +CENLAR FEDERAL SAVINGS BANK,    425 PHILLIPS BLVD.,    Trenton, NJ 08618-1430
4654241    +HomeBridge Financial Services, Inc.,    Cenlar FSB,    425 Phillips Blvd,   Ewing, NJ 08618-1430
4628969    +NATIONAL RECOVERY,    2491 PAXTON STREET,    Harrisburg, PA 17111-1036
4628970    +NYS DEPT. SOCIAL SERVICE,    PO BOX 818,    New York, NY 10013-0818
4628971    +SECURITY CREDIT SERVICES,    2623 W. OXFORD LOOP,    Oxford, MS 38655-5442
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4628965    +EDI: ALLIANCEONE.COM Oct 19 2016 19:08:00      ALLIANCE ONE,   4850 E. STREET RD. STE. 300,
             Feasterville Trevose, PA 19053-6643
4633038     EDI: AIS.COM Oct 19 2016 19:08:00      American InfoSource LP as agent for,
             T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK 73124-8848
4642931     EDI: RECOVERYCORP.COM Oct 19 2016 19:08:00      Capital Recovery VI, LLC,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
4628968    +E-mail/Text: electronicbkydocs@nelnet.net Oct 19 2016 19:14:13      DEPT OF ED/NELNET,
             121 S 13TH STREET,    Lincoln, NE 68508-1904
4637564     EDI: RECOVERYCORP.COM Oct 19 2016 19:08:00      Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4631794    +E-mail/Text: electronicbkydocs@nelnet.net Oct 19 2016 19:14:13      U.S. Department of Education,
             C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                               TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
              Charles   Laputka    on behalf of Debtor Ayako Jamel Wiltshire claputka@laputkalaw.com,
               jamie@laputkalaw.com;mary@laputkalaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Real Estate Mortgage Network, Inc.,
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Recovery Management Systems Corporation     claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    HomeBridge Financial Services, Inc.
               tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Ayako Jamel Wiltshire<br>**Debtor(s)** | Chapter | 13 |
| | Case No. | 5:15−bk−01417−JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: October 19, 2016

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: REshelman, Deputy Clerk